IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02607-RPM

CLIFTON WHITE,

    Plaintiff,

v.

ROARING FORK PARTNERS, LLC,
ROARING FORK ADVISORS, LP, and
ROARING FORKS ADVISORS, LLC,

    Defendants.
_____

ORDER RE MOTION FOR LEAVE TO AMEND
_____

    In the Scheduling Order entered on December 22, 2014, the Case Plan and Schedule provided for April 15, 2015, as the time for filing amended pleadings and also referred to Fed.R.Civ.P. 15.  On April 15, 2015, plaintiff filed an Amended Motion to Extend the Pleadings Deadline and on April 20, 2015, filed a motion for leave to amend the complaint with a proposed first amended complaint attached.  This scheduling order creates confusion and this Court has recently eliminated any time for filing amended pleadings.  Accordingly, it is not necessary to grant the motion to extend the pleadings deadline [Doc. 13] and the plaintiff's motion for leave to amend is considered timely filed and the defendants shall respond on or before May 1, 2015.

    Dated: April 22, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge