## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02607-RPM

CLIFTON WHITE,

Plaintiff,

v.

ROARING FORK PARTNERS, LLC,
ROARING FORK ADVISORS, LP,
ROARING FORKS ADVISORS, LLC, and
SANDEEP SACHDEVA,

Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

The Court, having reviewed the parties. stipulation for dismissal of this action with

prejudice, which was filed under Fed. R. Civ. P. 41(a), and having reviewed the file, and being

fully advised in the matter, HEREBY APPROVES THE STIPULATION. This case is HEREBY

DISMISSED WITH PREJUDICE, with each party to bear his or its own costs, attorneys. fees,

and expert witness fees.

DATED: August 21st, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge